UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 2010-85 (WOB)**

**ADAMS, NASH & HASKELL, INC.**                                                       **PLAINTIFFS**

**VS.**                                           **ORDER**
                         <u>**PRELIMINARY PRETRIAL CONFERENCE**</u>

**SODEXO, INC.**                                                                   **DEFENDANT**

  The court being advised,

  **IT IS ORDERED** as follows:

  1.   That a preliminary pretrial conference be held in this matter on **Monday, August 9, 2010 at 1:00 p.m.** in Room 505, U.S. Courthouse, 35 West Fifth Street, in Covington, Kentucky.

  2.   By the date of such conference, each party shall have selected a trial attorney for the case, who shall appear at the conference and thereafter, except for good cause shown, at all hearings, conferences, and the trial of this case. Where required, local counsel shall have been designated, and shall play a meaningful role in the preliminary pretrial conference and all subsequent proceedings.

  3.   At such conference, counsel should be prepared to discuss any questions concerning the pleadings, jurisdiction, venue, pending motions, addition of parties, the probable length of discovery, the probable length of trial, the possibility of settle-

ment of the case, possible use of bifurcation of troublesome issues, court-appointed experts, special masters, or any other device to expedite trial.

    4.   At the conclusion of such conference, a deadline for completion of discovery will be set, if appropriate.  If possible, a date for the final pretrial conference and the trial date will also be set.  If this is not practicable, a date for a status report will be set.

    5.   At the preliminary pretrial conference, the court will rule on all pending motions, if at all possible.  The attention of counsel is directed to the Joint Local Rules of the Eastern and Western Districts of Kentucky, effective July 1, 1987.

This 27th day of July, 2010.



Signed By:
*William O. Bertelsman* WOB
United States District Judge